UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20960-CIV-GOLD/McALILEY

KHALILAH M. MENDEZ,

    Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS, INC.
d/b/a CENTRAL FINANCIAL CONTROL,

    Defendant.
_____/

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
AS TO COUNT V AND COUNT VI IN PART AND PROPOSED ORDER**

Pursuant to the Court's Order [D.E. 29], the parties submit this Stipulation of Dismissal Without Prejudice and Proposed Order. On March 9, 2010, the Clerk entered a Final Judgment on Plaintiff's claims brought under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.,* and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55, *et seq.* [D.E. 30]. Pursuant to Orders D.E. 29 and D.E. 30, the parties hereby stipulate and agree that: (1) the Court may reserve jurisdiction to determine the amount of reasonable attorney's fees and costs pursuant to the Final Judgment at D.E. 30; and (2) Plaintiff's claims brought under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, which are Count V and Count VI in part, are dismissed without prejudice, each party to bear its own attorney's fees and costs.

CASE NO. 09-20960-CIV-GOLD/McALILEY

Respectfully submitted:

By: s/ Alan D. Lash
 **Alan D. Lash**
 Florida Bar No. 510904
 alash@lashgoldberg.com
 **Lorelei J. Van Wey**
 Florida Bar No. 982792
 Lvanwey@lashgoldberg.com
 **Lash & Goldberg LLP**
 Bank of America Tower, Suite 1200
 100 S.E. Second Street
 Miami, Florida 33131
 Tel: 305.347.4040
 Fax: 305.347.4050
 *Counsel for Defendant*
 *Syndicated Office Systems, Inc.*

By: s/ Donald A. Yarbrough
 **Donald A. Yarbrough**
 Florida Bar No. 0158658
 donyarbrough@mindspring.com
 P.O. Box 11842
 Fort Lauderdale, FL 33339
 Tel: 954.537.2000; Fax 954.566.2235
 *Counsel for Plaintiff*

CASE NO. 09-20960-CIV-GOLD/McALILEY

**ORDER OF DISMISSAL WITHOUT PREJUDICE
OF COUNT V AND COUNT VI IN PART**

THIS CAUSE comes before the Court upon the Parties' Stipulation of Dismissal Without Prejudice as to Count V and Count VI in Part, and having reviewed the stipulation, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that (1) Plaintiffs' claims brought pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, which are Count V and Count VI in part, are hereby dismissed without prejudice, each party to bear its own attorney's fees and costs; and (2) the Court reserves jurisdiction to determine the amount of reasonable attorney's fees and costs pursuant to the Final Judgment entered at D.E. 30.

DONE AND ORDERED this _____day of March, 2010, in Miami, Florida.

_____
United States District Judge

Copies furnished to:
Counsel of Record